IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ALERT SIGNAL INTELLECTUAL PROPERTY, LLC,<br><br>          Plaintiff,<br>v.<br><br>GOOGLE LLC,<br><br>          Defendant. | §<br>§<br>§<br>§   CIVIL ACTION No. 6:20-cv-00644-ADA<br>§<br>§   JURY TRIAL DEMANDED<br>§<br>§<br>§ |

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT GOOGLE LLC TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

Defendant Google LLC moves for a 14-day extension to answer or otherwise respond to Plaintiff Alert Signal Intellectual Property, LLC's Amended Complaint (the "Amended Complaint") filed on September 15, 2020.

Defendant's deadline to answer or otherwise respond to the Amended Complaint is currently October 6, 2020. With a 14-day extension, Defendant's answer or other response would be due on October 20, 2020. This motion is not brought for the purpose of delay. Rather, this extension is necessary because Defendant needs additional time to answer or otherwise respond to Plaintiff's amended allegations.

Counsel for Defendant has conferred with counsel for Plaintiff. This motion is unopposed. Accordingly, Defendant Google LLC requests the Court grant the foregoing motion and enter an Order extending its deadline to answer or otherwise respond to the Amended Complaint to October 20, 2020.

Dated: September 22, 2020.

Respectfully submitted,

*/s/ Paige Arnette Amstutz*

David S. Almeling (*Pro Hac Vice*)
dalmeling@omm.com
Amy K. Liang (*Pro Hac Vice*)
aliang@omm.com
Sorin G. Zaharia (*Pro Hac Vice*)
szaharia@omm.com
**O'MELVENY & MYERS LLP**
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Patrick Nack-Lehman (*Pro Hac Vice*)
pnack-lehman@omm.com
**O'MELVENY & MYERS LLP**
2765 Sand Hill Road
Menlo Park, CA  94025
Telephone:  (650) 473-2600
Facsimile:  (650) 473-2601

Paige Arnette Amstutz
Texas State Bar No. 00796136
**SCOTT, DOUGLASS & MCCONNICO, LLP**
303 Colorado Street, Suite 2400
Austin, TX  78701
Telephone:  (512) 495-6300
Facsimile:  (512) 495-6399
pamstutz@scottdoug.com

*Counsel for Defendant Google LLC*

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on September 22, 2020, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

*/s/ Paige Arnette Amstutz*
Paige Arnette Amstutz

2