IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ALERT SIGNAL INTELLECTUAL PROPERTY, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | CIVIL ACTION No. 6:20-cv-00644-ADA<br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT GOOGLE LLC TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

BEFORE THE COURT is the Unopposed Motion for Extension of Time for Defendant Google LLC to Answer or Otherwise Respond to Plaintiff's Amended Complaint (the "Unopposed Motion"). The Court has considered the Unopposed Motion and finds that it should be and is hereby GRANTED.

IT IS THEREFORE ORDERED that the deadline for Defendant Google LLC to answer or otherwise respond to Plaintiff's Amended Complaint is extended until October 20, 2020.

SIGNED this _____ day of _____, 2020.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT COURT JUDGE